United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORBIN COWAN, DAWN COWAN, STRATEGIC EQUITY PARTNERS, LLC, TRIUMPH TECHNOLOGIES, LLC, CAB VENTURES, LLC, JEREMY ENGEL, SPARTAN MARKETING & INVESTMENTS, LLC, INTELLITECH SOLUTIONS, LLC, SOLIDA EQUITY PARTNERS, LLC AND JOSH KIRK, <br><br> *Plaintiffs,* <br><br> v. <br><br> JAMES TYLER BOYD, MIKE BOGGS, PETER D. HATZIPETROS, THE EDEN ALLIANCE, LLC, ANGELS CODING, LLC, and DAWN BOGGS, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § | CASE NO. 4:25-cv-04476 |

## ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE UNDER FED. R. CIV. P. 4(m)

Plaintiffs filed a Motion to Extend Time for Service Under Federal Rule of Civil Procedure 4(m). (ECF No. 16). Having considered the motion, the record, and the applicable law, the motion is granted.

Accordingly, it is ORDERED that Plaintiffs' deadline to effect service on Defendant James Tyler Boyd is extended through March 17, 2026, or alternatively fourteen (14) days after the Court rules on Plaintiffs' Motion for Substitute Service (ECF No. 8), whichever occurs first.

All other deadlines remain unchanged unless modified by further order of the Court.

DATE: *January 13, 2026*

_____
UNITED STATES DISTRICT JUDGE