# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CORBIN COWAN, DAWN COWAN, STRATEGIC EQUITY PARTNERS, LLC, TRIUMPH TECHNOLOGIES, LLC, CAB VENTURES, LLC, JEREMY ENGEL, SPARTAN MARKETING & INVESTMENTS, LLC, INTELLITECH SOLUTIONS, LLC, SOLIDA EQUITY PARTNERS, LLC AND JOSH KIRK, <br><br> *Plaintiffs,* <br><br> v. <br><br> JAMES TYLER BOYD, MIKE BOGGS, PETER D. HATZIPETROS, THE EDEN ALLIANCE, LLC, ANGELS CODING, LLC, and DAWN BOGGS, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 4:25-cv-04476 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DAWN BOGGS

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss without prejudice all claims asserted against Defendant Dawn Boggs.

Defendant Dawn Boggs has not served an answer or a motion for summary judgment in this action. This Notice applies only to Defendant Dawn Boggs. All claims against the remaining defendants remain pending.

This dismissal is effective upon filing.

Respectfully submitted,

*/s/Kaitlyn M. Coker*
Kyle A. Coker
Texas Bar I.D. 24115353
kyle@farmercoker.com
Kaitlyn M. Coker
Texas Bar I.D. 24115264
kaitlyn@farmercoker.com

**FARMER & COKER, PLLC**
901 Main St., Ste. 5330
Dallas, TX 75202
Tel:    (832) 240-1047

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was served on all counsel of record through the Court's CM/ECF system, which will effect service upon all attorneys registered with the CM/ECF system.

/s/*Kaitlyn M. Coker*
KAITLYN M. COKER