IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORBIN COWAN, *et al.*, | § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-25-4476 |
| | § | |
| JAMES TYLER BOYD, *et al.*, | § § | |
| Defendants. | § | |

## ORDER ON DISMISSAL

On the notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiffs' claims against Dawn Boggs are voluntarily dismissed, without prejudice. (Docket Entry No. 25).

SIGNED on February 11, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge