UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CORBIN COWAN, DAWN COWAN, STRATEGIC EQUITY PARTNERS, LLC, TRIUMPH TECHNOLOGIES, LLC, CAB VENTURES, LLC, JEREMY ENGEL, SPARTAN MARKETING & INVESTMENTS, LLC, INTELLITECH SOLUTIONS, LLC, SOLIDA EQUITY PARTNERS, LLC, AND JOSH KIRK, <br><br>*Plaintiffs*, <br><br>v. <br><br>JAMES TYLER BOYD, MIKE BOGGS, PETER D. HATZIPETROS, THE EDEN ALLIANCE, LLC, AND ANGELS CODING, LLC, <br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:25-cv-04476 |

## AFFIDAVIT OF PETER D. HATZIPETROS

BEFORE ME, the undersigned Notary Public, on this day personally appeared Peter D. Hatzipetros who, being by me duly sworn on oath stated:

1.  My name is Peter D. Hatzipetros. I am over the age of twenty-one and am competent to make this affidavit under oath. I am of sound mind and capable of making this sworn statement.

2.  I have personal knowledge about the factual allegations in this Affidavit and in the accompanying Motion to Compel Arbitration, and I believe those factual allegations to be true, correct, and complete to the best of my knowledge.

3.  I am an attorney with an active law practice in New York and Pennsylvania. I was admitted to the New York Bar in August 2014. I was admitted to the Pennsylvania Bar in March

1

2021.  I have no disciplinary history.  My law firm, Hatzipetros Law Group, P.C., focuses on complex commercial transactions and corporate infrastructure.

4. In or around October 2024, Michael Wayne Boggs engaged my legal services in connection with a new business venture focusing on the development of a trading platform that would utilize algorithms created by Boggs to generate a profit from "arbitrage capture opportunities" from incremental discrepancies across over 50 decentralized cryptocurrency exchanges, markets, and platforms.  My work consisted of reviewing the business model and crafting a legal instrument to bind his venture and various user clients, with the intent of protecting both parties involved through express terms.

5. I drafted a legal document titled the "Node System User Agreement."  I prepared a version of the Agreement any time a new prospective user client expressed an interest in participating in the business venture described above.  Drafting the Agreement, and Boggs and me executing the Agreement, as part of the standard operating procedure for onboarding clients interested in depositing funds into the digital finance platform arbitrage system.  All of the written agreements had substantially identical terms.

6. Boggs and I entered into a Node System User Agreement with Spartan Marketing & Investment, LLC on or around November 23, 2024.  Section IX of that Agreement contains a dispute resolution provision, which bound the parties and beneficiaries of the Node System User Agreement to arbitrate a broad range of disputes.  A true and correct copy of the Node System User Agreement is attached hereto as Exhibit 1.

7. I was the primary author of the Node System User Agreement attached as Exhibit 1.  The use of plural pronouns—*e.g.*, "we" and "us"—to refer to the parties offering a proprietary Node System to users was deliberate and in keeping with my practice of referring to contracting

parties within a corporation as well as the corporation itself. The drafting intent of the words "we," "us," and "our" was to refer to QuantumArc International LLC as well as Mike Boggs and myself.

8. I am familiar with my digital signature as well as the digital signature of Michael Wayne Boggs. The Node System User Agreement and multiple addenda thereto attached as Exhibit 1 were signed by both Mike Boggs and me.

9. On or around November 21, 2024, I sent a Node System User Agreement to Jeremy Engel and his business partner to formalize the involvement of the individuals and their affiliated entity, "Bloctech Investment Group," in the opportunity described above. The original version of the Node System User Agreement attached hereto as Exhibit 2 listed "Bloctech Investment Group" as the "User" and Jeremy Engel as "*Principal*." Section IX of that Agreement contained a dispute resolution provision, which bound the parties and beneficiaries of the Node System User Agreement to arbitrate a broad range of disputes.

10. Based on in-person meetings and discussions with Jeremy Engel after November 21, 2024, my understanding was that Engel received the Node System User Agreement described above and that he intended to move forward with the relationship described in the Agreement. To the best of my knowledge, Engel deposited funds into an "Inception Wallet" established pursuant to the parameters set forth in the Node System User Agreement after he received the Agreement. On August 4, 2025, Engel also confirmed his acknowledgement of the Node System User Agreement by asking for a copy of the document during a telephone call.

11. Shortly after August 4, 2025, Engel asked me to send another copy of the Agreement referring to "The Targeted Cash Flow Fund" instead of "Bloctech Investment Group." I understood the new entity to be an alter ego trust or other entity for Jeremy Engel personally. Engel's use of the two entity names interchangeably also indicated to me that the original entity

was an alter ego for Engel. This relationship was reflected in the reference to Jeremy Engel as "*Principal*" of The Targeted Cash Flow Fund in the Agreement. A true and correct copy of the most recent version of the Engel Node System User Agreement is attached hereto as Exhibit 2.

12. The "Node System" described in the agreements attached as Exhibits 1 and 2 is the same "AI-powered trading system" described in Plaintiffs' Original Complaint.

13. To the best of my knowledge, Mike Boggs performed the obligations in the Node System User Agreements attached as Exhibits 1 and 2 by establishing user accounts, providing "inception" deposit credentials, and presenting balance and transaction history in a platform. Further Affiant sayeth not.

DATED: February 20, 2026

_____
Peter D. Hatzipetros

SUBSCRIBED AND SWORN TO BEFORE ME on this the 20th day of February, 2026, to certify which witness my hand and seal of office.

_____
Notary Public, State of New York

My Commission expires:

[Notary seal: STEVEN POLITIS, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Kings County, 01PO6164475, MY COMMISSION EXPIRES 04/23/2027]